**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **KRISTI L. CAMERON, an individual,** | |
| **Plaintiff,** | No. |
| vs. | **NOTICE OF RELATED CASE** |
| **Cook Incorporated; Cook Medical Incorporated; Cook Group Incorporated; Cook Medical, LLC,** | |
| **Defendants.** | |

Plaintiff KRISTI L. CAMERON (hereinafter "Plaintiff"), pursuant to LCR 3(g), notifies the Court that there are consolidated cases raising similar issues which are currently pending in the United States District Court for the Southern District of Indiana before the Honorable Richard Young under the caption *In re: Cook Medical, Inc., IVC Filter Marketing, Sales Practices and Products Liability Litigation* Case No. 1:14-ml-2570-RLY-TAB, MDL No. 2570.

These consolidate cases involve similar questions of fact and the same questions of law as this instant action presently before this court and would create a substantial duplication of judicial effort if heard by different Judges within the meaning of LCR 3(g).

As set forth above, the *Kristi L. Cameron v. Cook Incorporated, et al.* action is related to the pending consolidated action *In re: Cook Medical, Inc. IVC Filters*

1  *Marketing, Sales Practices and Product Liability Litigation* Case No. 1:14-ml-2570-
2  RLY-TAB, MDL No. 2570.

4  Dated: August 30, 2022

                                              Respectfully Submitted,
                                              /s/ Colette McEldowney
                                              Colette McEldowney
                                              WBN 50429
                                              **DALIMONTE RUEB STOLLER**
                                              515 S. Figueroa Street, Suite 1550
                                              Los Angeles, CA 90071
                                              Telephone: (833) 443-7529
                                              Facsimile: (855) 203-2035
                                              colette@drlawllp.com
                                              ***Attorney for Plaintiff***